USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 1 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN INTERNATIONAL GROUP, INC., :
:
                Plaintiff, :
:     14 Civ. 2355 (AJN)
     -v- :
:     ORDER
NEW YORK STATE DEPARTMENT OF FINANCIAL :
SERVICES and BENJAMIN M. LAWSKY, :
:
                Defendants. :
-------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    A scheduling conference in this matter is hereby set for April 29, 2014, at 11:00 AM, in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    This resolves Docket No. 7.

    SO ORDERED.

Dated: April 21, 2014
           New York, New York

                                          _____
                                          ALISON J. NATHAN
                                          United States District Judge