**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7327

WRITER'S INTERNET ADDRESS
kathleensullivan@quinnemanuel.com

April 23, 2014

VIA ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   AIG v. Dep't of Financial Services and Benjamin M. Lawsky, 14-cv-2355 (AJN)

Dear Judge Nathan:

    I write concerning the scheduling conference currently scheduled for Tuesday, April 29, 2014 at 11:00 AM and respectfully to request holding the conference on the afternoon of Monday, April 28 or one hour earlier on April 29, at 10:00 AM. I make this request so that I will be able both to attend the conference and to host a long-planned event in San Francisco on the evening of April 29. We have conferred with Ms. Forman, counsel for defendants, who has confirmed she is available on the afternoon of Monday, April 28 and at 10:00 AM on Tuesday, April 29. I thank Your Honor in advance for considering this request.

Respectfully submitted,

*Kathleen Sullivan* (signature)

Kathleen M. Sullivan

cc :   Elizabeth Forman, Esq.
       Elizabeth Prickett-Morgan, Esq.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS