UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

AMERICAN INTERNATIONAL GROUP, INC.,

                  Plaintiff,

       -v-

NEW YORK STATE DEPARTMENT OF FINANCIAL
SERVICES and BENJAMIN M. LAWSKY,

                Defendants.

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 8 2014

14 Civ. 2355 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     The Court is in receipt of two letters from the parties.  Dkt. Nos. 26, 27.  AIG indicates that it will file an amended complaint by June 2, 2014, and proposes a briefing schedule under which Defendants would have two weeks to file a motion to dismiss, AIG would have two weeks to oppose, and Defendants would have one week to reply.  Defendants oppose AIG's proposal and indicate that AIG did not consult them before submitting its proposal to the Court.

     In light of these submissions, it is hereby ORDERED that AIG may file an amended complaint by June 2, 2014, as requested.  The parties are further ordered to meet and confer with respect to a briefing schedule and to submit, by June 4, a joint letter.  The letter should (1) indicate that they have met and conferred and (2) contain a joint proposed briefing schedule for Defendants' motion to dismiss.  If the parties are not able to reach agreement, their letter should set forth their competing proposals.

     In the future, the parties must confer with their adversaries in an effort to obtain their consent before submitting proposals, both to avoid burdening the Court with letters and to facilitate the timely and agreeable resolution of any issues that arise.

     SO ORDERED.

Dated:  May ___, 2014
       New York, New York

                                ALISON J. NATHAN
                          United States District Judge