

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

June 4, 2014

**By ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: **AIG v. Benjamin M. Lawsky, 14 CV 2355 (AJN)**

Dear Judge Nathan:

This Office represents defendant Benjamin Lawsky, as Superintendent of Financial Services (the "Superintendent"), in the above referenced matter.[1] We submit this joint letter on behalf of both the Superintendent and plaintiff American International Group, Inc. pursuant to the Court's Order dated May 28, 2014, which directed the parties to meet and confer with regard to a briefing schedule for defendant's new motion to dismiss the Amended Complaint recently filed by AIG, and to submit a joint letter to the Court.

The parties have agreed on the following schedule for the motion: defendant's motion to dismiss to be filed by June 20, 2014; plaintiff's opposition to be filed by July 7, 2014, and reply to be filed by July 22, 2014.

Thank you for your attention to this matter.

Respectfully submitted,

Elizabeth A. Forman
Assistant Attorney General

cc:   All counsel of record (by ECF)

---

[1] In the Amended Complaint, plaintiff has dropped its claims as against the New York State Department of Financial Services, leaving the Superintendent as the sole defendant in this matter.

1