**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7327**

WRITER'S INTERNET ADDRESS
**kathleensullivan@quinnemanuel.com**

July 23, 2014

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:** **AIG v. Benjamin M. Lawsky, 14-cv-2355 (AJN)**

Dear Judge Nathan:

Pursuant to this Court's Rule 3(E), AIG hereby requests that the Court schedule oral argument on Defendant's Motion to Dismiss the Amended Complaint (Dkt. 32). AIG's brief in opposition was submitted on July 7, 2014 (Dkt. 36), and Defendant's reply is due on July 25, 2014. AIG believes that oral argument will assist the Court in resolving the issues raised in the Motion.

Defendant Lawsky does not join in AIG's request for oral argument. However, in the interest of efficiency, the parties have conferred and agreed on mutually convenient dates, should the Court decide to schedule oral argument. Because of a number of previously scheduled hearings and other commitments in the month of August, the parties jointly request that any oral argument be scheduled, if possible, on one of the following dates: September 4, 5, 8, 9, 10, 11, or 12.

Respectfully submitted,

*/s/ Kathleen M. Sullivan*

Kathleen M. Sullivan
*Counsel for Plaintiff AIG*

cc: Elizabeth Forman
*Counsel for Defendant Benjamin M. Lawsky*

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS