UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN INTERNATIONAL GROUP, INC.

*Plaintiff*,

- *against* -

NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES; and BENJAMIN M. LAWSKY, in his official capacity as Superintendent of the New York State Department of Financial Services,

No. 14 Civ. 2355 (AJN)

*Defendants*.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel Schulze hereby enters his appearance in the above-captioned matter as co-counsel on behalf of Defendant Benjamin M. Lawsky as Superintendent of the New York State Department of Financial Services.

Dated: New York, New York
       August 7, 2014

By: _____/s/_____
Daniel Schulze
Special Litigation Counsel
Office of the New York State Attorney General
120 Broadway
New York, New York 10271
(212) 416-6557
Daniel.Schulze@ag.ny.gov