**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7327

WRITER'S INTERNET ADDRESS
kathleensullivan@quinnemanuel.com

August 15, 2014

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:     <u>AIG v. Benjamin M. Lawsky, 14-cv-2355 (AJN)</u>**

Dear Judge Nathan:

I write to update AIG's July 23, 2014 letter requesting oral argument (Dkt. 41) on Defendant's Motion to Dismiss the Amended Complaint (Dkt. 32) and advising the Court of dates on which the parties are free to appear for oral argument.

Due to a newly set briefing deadline in a pending case in the Federal Circuit, *Apple, Inc. v. Samsung Electronics Co.*, No. 14-1335, I am no longer available to appear on September 4. AIG therefore respectfully requests that oral argument be scheduled, if possible, on one of the remaining mutually convenient dates, September 5, 8, 9, 10, 11, or 12. We have conferred with counsel for Defendant Lawsky, and as far as the parties are aware these dates are still mutually convenient.

Respectfully submitted,

*/s/ Kathleen M. Sullivan*

Kathleen M. Sullivan
*Counsel for Plaintiff AIG*

cc:  Elizabeth Forman
*Counsel for Defendant Benjamin M. Lawsky*

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS