UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>BENJAMIN M. LAWSKY, in his official capacity as Superintendent of the New York State Department of Financial Services,<br><br>    Defendant. | Case No.: 14-cv-2355 (AJN) |

# NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Lori Alvino McGill of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as counsel for plaintiff American International Group, Inc. in the above-captioned matter.

 I hereby certify that I am admitted to practice before this Court.


Dated: Washington, D.C.
   August 29, 2014

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ *Lori Alvino McGill*

Lori Alvino McGill
777 6th Street, 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
lorialvinomcgill@quinnemanuel.com

*Attorneys for Plaintiff American International Group, Inc.*